JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

08 CV 3977

MAERSK LINE,

              Plaintiff,

    - against -

CHAKKO INTERNATIONAL,
CHUKWUDI CHIDUME, and
GERALD CHIDUME,

              Defendants.

--------------------------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY



RECEIVED
APR 28 2008
U.S.D.C. S.D. N.Y.
CASHIERS

    Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for Its Complaint against defendants CHAKKO INTERNATIONAL, CHUKWUDI CHIDUME, and GERALD CHIDUME, in personam, in a cause of action civil and maritime, alleges upon information and belief:

    1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragragh 26 of the Bill of Lading.

    2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and säll is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

    3. Upon information and belief and at all times hereinafter mentioned, defendants had and now have the legal status and place of business as set forth in Schedule A.

    4. On or about the date and at the port of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendants pursuant to plaintiff's published tariff, all as set forth in Schedule A.

5. Thereafter, the goods were carried to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendants have failed and refused and continue to fail and refuse to remit payment of $6,397.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $6,397.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
       APRIL 25, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
   Albert J. Avallone - AA1679
   Attorneys for Plaintiff
   MAERSK LINE
   551 Fifth Avenue, Suite 1625
   New York, NY 10176
   (212) 696-1760

## SCHEDULE A

I. Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant CHAKKO INTERNATIONAL was and still is an unincorporated entity doing business in the State of Alabama, with offices and a place of business at 1501 Mitchell Court, Opelika, AL 36801.

B. Upon information and belief and at all times hereinafter mentioned, defendant CHUKWUDI CHIDUME was and still is a natural person and resident of the State of Alabama, resideing at 1501 Mitchell Court, Opelika, AL 36801, and is the co-owner defendant CHAKKO INTERNATIONAL.

C. Upon information and belief and at all times hereinafter mentioned, defendant GERALD CHIDUME was and still is a natural person and resident of the State of Alabama, resideing at 1501 Mitchell Court, Opelika, AL 36801, and is the co-owner defendant CHAKKO INTERNATIONAL.

II. Details of shipment(s):

1. Bill of Lading No. 511583341, dated January 9, 2007, from Charleston to Apapa on the Vessel MAERSK DHAKA, one (1) forty-foot container SAID TO CONTAIN: 2 MACK TRUCKS, at the applicable tariff charge of $6,397.00 (Exhibit A).

III. Total Amount Due: $6,397.00

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT** ⊠ MAEU
511583341

| Shipper | Booking No. |
|---|---|
| CHUKWUDI CHIDUME<br>1501 MITCHELL COURT<br>OPELIKA AL 36801<br>(334) 705-2652 | 511583341 |

Consignee:
CHAKKO INTL COMPANY LTD
VILLA ALABARDA, OFF T.T.C ROAD
NSUKKA NIGERIA + 234 80 36000 570

| Vessel | Voyage No. |
|---|---|
| MAERSK DHAKA | 0703 |
| Port of Loading | Port of Discharge |
| CHARLESTON, SC USA | APAPA NIGERIA |

## PARTICULARS FURNISHED BY SHIPPER

| Description | Weight |
|---|---|
| | 27216 KGS |

1 Container Said to Contain 2 UNITS

2 MACK TRUKS          60,000 LBS

SCZU4800359  40 FLAT 8'6  2 UNITS
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION
REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

FREIGHT PREPAID

CY / CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 2800.00 | Per Container | USD | 2800.00 | |
| Bunker Adjustment Factor | 616.00 | Per Container | USD | 616.00 | |
| Chassis Usage | 40.00 | Per Container | USD | 40.00 | |
| Congestion Surcharge | 250.00 | Per Container | USD | 250.00 | |
| Courier Document Delivery | 25.00 | Per Bill of Lading | USD | 25.00 | |
| Handling Charge - Destination | 56300.00 | Per Container | NGN | | 56300.00 |
| Freight Tax Surcharge | 130.00 | Per Container | USD | 130.00 | |

| | |
|---|---|
| Carrier's Receipt. Total number of containers or packages received by Carrier:<br>1 container(s) | Place of Issue of B/L<br>The Woodlands |
| Number & Sequence of Original B(s)/L<br>THREE/3 | Date of Issue of B/L (UTC Time) |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time)<br>2007-01-09 |

Maersk Inc - Houston CRC

This transport document has one or more numbered attachments.

COPY

EXHIBIT "A"

| Freight Charge | | Rate | Per | Currency | Prepaid | Collect |
|---|---|---|---|---|---|---|
| Manual Documentation Proce: | | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Port Security Charge | | 5.00 | Per Container | USD | | 5.00 |
| Special Equipment Surcharge | | 2500.00 | Per Container | USD | | 2500.00 |
| Carrier Security Charge | | 6.00 | Per Container | USD | | 6.00 |
| Total NGN | | | | NGN | | 56300.00 |
| Total USD | | | | USD | 5397.00 | |