# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: MAY 5, 2008

NAME OF SERVER (PRINT): EDYTHE LYNNE DUPREE

TITLE: PRIVATE PROCESS SERVER

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 1501 MITCHELL COURT OPELIKA ALABAMA 36801

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: GERALD CHIDUME OFFICER

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 5, 2008

Signature of Server: [signature]

Address of Server: 936 2ND AVE COLUMBUS GA 31901

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure