*COURTESY COPY*

5-638581
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAERSK LINE,

                         Plaintiff,

- against -

CHAKKO INTERNATIONAL,
CHUKWUDI CHIDUME, and
GERALD CHIDUME,

                        Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 3 2008

08 Civ. 3977 (SWAIN)

NOTICE AND ORDER
OF DISMISSAL,
WITH PREJUDICE

      PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the others, the defendants not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
         June 9, 2008

                            LAW OFFICES OF
                            ALBERT J. AVALLONE & ASSOCIATES

                            By_____
                            Albert J. Avallone - AA1679
                            Attorneys for Plaintiff
                            MAERSK LINE
                            551 Fifth Avenue, Suite 1701
                            New York, NY 10176
                            (212) 696-1760

SO ORDERED:

_____ 6/12/08
U.S.D.J.

RECEIVED
JUN 12 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.