5-638581
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAERSK LINE,

                          Plaintiff,

   - against -

CHAKKO INTERNATIONAL,
CHUKWUDI CHIDUME, and
GERALD CHIDUME,

                         Defendants.
------------------------------------------------------------X

08 Civ. 3977 (SWAIN)

NOTICE AND ORDER
OF DISMISSAL,
**WITH PREJUDICE**

    PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the others, the defendants not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
        June 9, 2008

                                    LAW OFFICES OF
                                    ALBERT J. AVALLONE & ASSOCIATES

                                    By_____
                                    Albert J. Avallone - AA1679
                                    Attorneys for Plaintiff
                                    MAERSK LINE
                                    551 Fifth Avenue, Suite 1701
                                    New York, NY  10176
                                    (212) 696-1760

*The Clerk of Court is requested to*
SO ORDERED: *close this case.*

*[signature]* 7/3/08
      U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: ___  DATE FILED: JUL 0 3 2008]